CHARLES GERLI et al., appellants,

*v.*

ARTHUR MACFARLANE, respondent.

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *Macfarlane v. Richardson, 11 Dick. Ch. Rep. 191.*

*Mr. Charles L. Carrick*, for the appellants.

*Mr. Allan Benny*, for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—COLLINS, DEPUE, DIXON, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH—11.

*For reversal*—None.